IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THERESA ROUSE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. GLR-17-3482 |
| P.O. CHRIS FLORIO, et al. | * | |
| Defendants | * | |

\* \* \*

## REVISED TRIAL SCHEDULING ORDER

The following revised schedule is hereby entered to govern the course of further proceedings in this case:

1. Motions *in limine* shall be filed by **September 3, 2021**.

2. The Pretrial Order shall be filed by **September 24, 2021** (Local Rule 106).

3. The motions hearing and pre-trial conference are scheduled for **October 15, 2021** at **9:30 a.m.** in Courtroom 7A.

4. At the pre-trial conference, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pre-trial review of exhibits, except those to be used solely for impeachment.

5. Voir dire

    a. The parties shall submit joint voir dire, with noted objections, five working days prior to the pre-trial conference.

    b. The parties are to send a courtesy copy of the voir dire to my Chambers in addition to forwarding it in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

6. Jury Instructions

a. The Court uses a number of boilerplate instructions that address procedural issues (e.g., the role of the jury, what is evidence).

b. Requested instructions shall be patterned on L. Sand, et al., <u>Modern Federal Jury Instructions</u>, and **the full text of the requested instruction must be submitted with the appropriate citation to Sand.** Requests that simply reference the Sand instruction number are insufficient, unless the request seeks a non-substantive instruction. Any instructions patterned on precedent shall include a citation to the relevant case(s).

c. The Plaintiff shall submit its proposed instructions **five** working days prior to the pre-trial conference.

d. Three working days prior to the pre-trial conference, the Defendant shall:

i. Submit a list of objections to the Plaintiff's instructions. The list need only identify the objected-to instruction by number;

ii. Submit any additional proposed instructions.

e. The parties are to send a courtesy copy of the jury instructions to my Chambers in addition to forwarding them in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

7. The six-day jury trial will commence on **November 1, 2021** in Courtroom 7A and continue through November 9, 2021. The trial day will start at 9:30 a.m. and end between 4:30 and 5:00 p.m. Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette. **There will be no trial session on Friday.**

The parties have ten days from today to request a modification of the schedule, after which no changes to the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or <u>ex parte</u>, must be by motion and filed electronically.

SO ORDERED this 20th day of November 2020.

/s/
_____
George L. Russell, III
United States District Judge