Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

November 24, 2020

MEMORANDUM TO COUNSEL RE: Theresa Rouse, et al. v. P.O. Chris Florio, et al.
Civil Action No. GLR-17-3482

Dear Counsel:

Pending before the Court is a Motion in Limine to Preclude Any Reference to the Department of Justice Investigation into the Baltimore Police Department or Any Other Unrelated Police Involved Matters filed by Defendant Officer Christopher Florio, Officer John Romeo, and Sergeant Billy Shiflett (collectively, "Defendants"). (ECF No. 47). Plaintiffs Theresa Rouse and K.V. (collectively, "Plaintiffs") filed a Response in which they partially oppose Defendants' Motion. (ECF No. 48).

The Court recently convened a teleconference with the parties to discuss the impact of the novel coronavirus on the ability of the parties to move forward with the trial in this case, which was previously scheduled for January 2021. (See ECF No. 53). Following the teleconference, the parties agreed to and the Court entered a Revised Trial Scheduling Order. (ECF No. 54). Under the Revised Trial Scheduling Order, the trial will commence on November 1, 2021, and all motions in limine are due by September 3, 2021.

Accordingly, the Court will DENY the pending Motion in Limine (ECF No. 47) without prejudice. The parties are directed to FILE any motions in limine prior to the rescheduled trial in accordance with the Revised Trial Scheduling Order. Defendants may REFILE the instant Motion by filing a line notifying the Court of Defendants' wish to reinstate the Motion.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge