UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THERESA ROUSE, *et al.*,

    *Plaintiff*,

v.

P.O. CHRIS FLORIO, *et al.*

    *Defendants*.

_____/

Case No. 17-cv-03482

Hon. George L. Russell, III

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, pursuant to a settlement agreement reached in the above-captioned action, to voluntarily dismiss this case with prejudice as to all parties, with each party to bear their own costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

By: */s/ Solomon M. Radner*
    Solomon M. Radner (20195)
    JOHNSON LAW, PLC
    535 Griswold, Suite 2600
    Detroit, MI 48226
    (313) 324-8300
    sradner@venjohnsonlaw.com

    *Attorney for Plaintiffs*

By: */s/ Chaz R. Ball*
    Chaz R. Ball (30044)
    Schlachman, Belsky & Weiner, P.A.
    300 E Lombard St, Suite 1100
    Baltimore, MD 21202
    (410) 685-2022
    cball@sbwlaw.com

    *Attorney for Defendants*

Dated: August 3, 2021